IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00595-AP

DEE OLDHAM,

      Plaintiff,

v.

JO ANNE B. BARNHART,  COMMISSIONER OF SOCIAL SECURITY

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff:</u>
Michael W. Seckar, Esq.
Law Office of Michael W. Seckar, P.C.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636

<u>For Defendant:</u>
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

      **A.**    **Date Complaint Was Filed:**  March 31, 2006

      **B.**    **Date Complaint Was Served on U.S. Attorney's Office:**  April 12, 2006

      **C.**    **Date Answer and Administrative Record Were Filed**:  June 12, 2006

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    Both parties state that the record is complete.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

    Both parties state that there is no additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    Both parties state that the case raises no unusual claims or defenses.

**7.  OTHER MATTERS**

    None.

**8.  PROPOSED BRIEFING SCHEDULE**

      **A.**    **Plaintiff's Opening Brief Due:**  August 12, 2006

      **B.**    **Defendant's  Response Brief Due:**  September 11, 2006

      **C.**    **Plaintiff's  Reply Brief (If Any) Due:**  September 26, 2006

**9. STATEMENTS REGARDING ORAL ARGUMENT**

Both parties do not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

**A.    (  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.    (X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 29th day of June, 2006.

BY THE COURT:


 S/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:


s/ Michael W. Seckar
Michael W. Seckar, Esq.
Law Office of Michael W. Seckar, P.C.
402 W. 12th Street
Pueblo, CO 81003
(719) 543-8636
seckarlaw@mindspring.com

Attorney for Plaintiff

WILLIAM J. LEONE
UNITED STATES ATTORNEY

s/ Kurt J. Bohn
KURT J. BOHN

Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/ Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-0815

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100

Attorney for Defendant(s)