IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-595-AP**

**DEE OLDHAM,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       The Joint Motion to Amend Briefing Schedule (doc. #8), filed August 2, 2006, is GRANTED. Opening Brief is due September 12, 2006; Response Brief is due October 12, 2006; Reply Brief is due October 27, 2006.

Dated:  August 2, 2006