IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-595-AP**

**DEE OLDHAM,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Defendant's Unopposed Motion to Amend Social Security Administrative Record (Doc. 11) is GRANTED.

Dated:  August 23, 2006